**\*\* E-filed February 11, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTINEZ, et al., | No. C09-00997 HRL |
| Plaintiffs, v. | **ORDER (1) GRANTING LEAVE TO AMEND, (2) MODIFYING THE SCHEDULING ORDER, AND (3) SETTING A FURTHER CASE MANAGEMENT CONFERENCE** |
| ANTIQUE & SALVAGE LIQUIDATORS, et. al, | |
| Defendants. | **[Re: Docket No. 22, 23]** |
| _____/ | |

Plaintiffs filed a motion for leave to file a First Amended Complaint. (Docket No. 22.) The parties then filed a stipulation whereby the defendant agreed that plaintiffs could file an amended complaint so long as the court modified the case schedule, as the proposed amendment adds additional defendants and claims.

Good cause appearing, the court GRANTS plaintiff leave to file a First Amended Complaint. Plaintiffs shall file their First Amended Complaint as a separate docket entry in this court's electronic filing system within three days of this order.

The court also modifies the September 29, 2009 scheduling order to extend the Fact Discovery Cutoff to July 31, 2010. However, given plaintiffs' intent to serve additional defendants, the remaining dates from the scheduling order are VACATED. The parties shall appear for a further Case Management Conference on May 11, 2010 at 1:30 p.m. to set new expert discovery, dispositive motion, pre-trial conference, and trial dates.

1  **IT IS SO ORDERED.**

3  Dated: February 11, 2010

4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

**C 09-00997 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| Elizabeth Marie Pappy | epappy@mffmlaw.com, cmacias@mffmlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**