\*\* E-Filed March 12, 2010 \*\*

ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTINEZ, ET, AL.,<br><br>     Plaintiffs,<br>vs.<br><br>ANTIQUE & SALVAGE LIQUIDATORS, ET.AL.,<br><br>     Defendants. | Case No.: C09-00997-HRL<br><br>STIPULATION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT |

Parties to the above-entitled case, through their respective counsel, submit the following stipulation:

1.  Subsequent to Plaintiffs filing a motion for leave file the First Amended Complaint, parties to stipulated for such amendment, and requested a modification of the scheduling order (Docket No. 23).

2.  Pursuant to parties stipulation, on February 11, 2010, the Court granted Plaintiffs leave to file the First Amended Complaint (Docket No. 24).

3.  On February 11, 2010, Plaintiffs filed the First Amended Complaint, adding additional defendants, and adding a cause of action under California Labor Code Private Attorney General's Act, § 2698, *et seq*. ("PAGA"), seeking to recover unpaid overtime for violation of Labor Code § 510.

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Martinez, et al v. Antique & Assets Liquidators, Inc., et al.        Case No. C09-00997 HRL

4. The Amended Summons was issued on February 12, 2010 and promptly served on Defendants counsel who agreed to accept service on behalf of all newly added additional Defendants.

5. Subsequently, Plaintiffs discovered that in their letter sent to California Labor Code § 2699.3(a) and 2699.3(c) seeking authorization to pursue PAGA action, Plaintiffs alleged additional causes of actions such as unpaid meal premiums in violation of Labor Code §§ 512 and 226.7, violation of Labor Code §§ 201, 202 & 203 for failure to pay all wages due at the time of termination, violation of Labor Code §§ 226 and 226.3 for failure to provide accurate itemized pay statements, and violation of Labor Code 1174 and 1174.5 for failure to maintain accurate time records. However, these additional causes of actions are left out of the First Amended Complaint by mistake.

6. Upon discovering this mistake, Plaintiffs promptly contacted Defendants counsel and in the interest of avoiding unnecessary motion practice, parties agree and hereby stipulate to allow Plaintiffs to file their Second Amended Complaint, which is attached hereto as Exhibit 1.

Dated: March 11, 2010                 By: /a/ Adam Wang
                                          ADAM WANG
                                          Attorney for Plaintiffs

Dated: March 11, 2010                 MORGAN, FRANICH, FREDKIN & MARSH

                                      By: /s/ Elizabeth Pappy
                                          ELIZABETH PAPPY
                                          Attorney for Defendants

[PROPOSED] ORDER

Pursuant to parties stipulation, IT IS SO ORDERED. Plaintiffs are granted leave to file the Second Amended Complaint. **Plaintiffs shall file their Second Amended Complaint as a separate docket entry within three days of this order.**

Dated: March ___12___, 2010           By: /s/
                                          Howard L. Lloyd
                                          US Magistrate Judge

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Martinez, et al v. Antique & Assets Liquidators, Inc., et al.          Case No. C09-00997 HRL