\*\* E-filed May 11, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTINEZ, et al., | No. C09-00997 HRL |
| Plaintiffs, | **ORDER SETTING A FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTIQUE & SALVAGE LIQUIDATORS, et. al, | |
| Defendants. | |

Plaintiffs filed a Second Amended Complaint on March 29, 2010, which added five additional defendants. (Docket No. 29.) Defendants' counsel represents that plaintiffs have not yet served these new defendants with the amended complaint. Accordingly, plaintiffs shall serve the new defendants forthwith, and these defendants shall file a responsive pleading or appropriate motion within 21 days as required by the Federal Rules of Civil Procedure.

In addition, the parties shall appear for a further Case Management Conference on June 8, 2010 at 1:30 p.m. to set new expert discovery, dispositive motion, pre-trial conference, and trial dates. The parties shall file an updated Joint Case Management Statement to include their proposed dates by June 1, 2010.

**IT IS SO ORDERED.**

Dated: May 11, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-00997 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| Elizabeth Marie Pappy | epappy@mffmlaw.com, cmacias@mffmlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**