ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

** E-filed January 20, 2011 **

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

MARTINEZ, et. al.,

        Plaintiffs,

  vs.

ANTIQUE SALVAGE AND LIQUIDATORS INC. et. al.,

        Defendants

Case No.: 09-cv-00997-HRL

STIPULATION FOR DISMISSAL WITH PREJUDICE & [~~PROPOSED~~] ORDER THEREON

    Parties, through counsel, stipulate as follows:

    1.    Plaintiffs have decided not to continue pursuit of their claims against Defendants AMI SOUTHERN CALIFORNIA, INC., AMERICAN METAL AND IRON, INC., DIMOND METALS, INC., and BIG H ENTERPRISES, INC.

    2.    Parties have therefore agreed to dismiss all claims against the aforementioned Defendants with prejudice.

    3.    Therefore, by this document, Parties hereby stipulate to a dismissal with prejudice of all Plaintiffs' claims currently pending against Defendants AMI SOUTHERN CALIFORNIA,

STIPULATION FOR DISMISSAL
Martinez, et. al. v. ASL Inc., et. al.

1    09-cv-00997-HRL

1  INC., AMERICAN METAL AND IRON, INC., DIMOND METALS, INC., BIG H
2  ENTERPRISES, INC.

4  RESPECTFULLY SUBMITTED,

6  Dated: January 19, 2011                    By:   /s/ Adam Pedersen
7                                                   ADAM PEDERSEN
8                                                   Attorney for Plaintiffs

9  Dated: January 19, 2011                    By:   /s/ Elizabeth Pappy
10                                                  ELIZABETH PAPPY
11                                                  Attorney for Defendants

13  **[PROPOSED] ORDER**

15  Pursuant to the terms of Parties' stipulation, IT IS SO ORDERED.

16  Dated: ___January 20, 2011___, ~~2010~~
17                                                  ~~Hon. H. R. Lloyd~~
18                                                  ~~CAND Magistrate Judge~~
                                                    HOWARD R. LLOYD
19                                                  United States Magistrate Judge

STIPULATION FOR DISMISSAL                          2           09-cv-00997-HRL
Martinez, et. al. v. ASL Inc., et. al.