ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

** E-filed January 20, 2011 **

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ, et. al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br>ANTIQUE SALVAGE AND LIQUIDATORS INC. et. al.,<br><br>　　　　　Defendants | **Case No.: 09-cv-00997-HRL**<br><br>STIPULATION TO CONTINUE MOTION HEARING DATE<br><br>Current Hearing Date/Time<br>Date: 1/25/2011<br>Time: 10:00 AM<br>Judge: Hon. H. R. Lloyd |

　　　Pursuant to the request of the office of Plaintiffs counsel, Parties stipulate as follows:

　　　1.　　Defendants in this action have filed a motion for summary judgment, currently set for hearing on 1/25/2011.

　　　2.　　After Defendants filed and set this motion for hearing, a scheduling conflict arose that would preclude Plaintiffs' counsel from attending the hearing.

　　　3.　　Specifically, another matter was referred to a magistrate judge for settlement conference.

　　　4.　　Because of the time constraints in that matter and the schedule of the assigned magistrate, counsel for Defendants in that matter set the date for the conference on 1/25/2011.

5. Mr. Wang and Mr. Pedersen, counsel for Plaintiffs in this case, will be needed at both that conference and at the hearing on Defendants' motion for summary judgment.

6. Therefore, Plaintiffs request that the motion hearing be continued one-week from its current date to 2/1/2011.

7. Also on 2/1/2011, parties have hearings before this same Court on this same matter with regard to Plaintiffs' Motion to Compel and Application for Order to Show Cause.

8. Plaintiffs' counsel has conferred with Defense counsel regarding this change.

9. Counsel is available for that date and has agreed to the requested continuance.

10. Therefore, per Plaintiffs request, the parties hereby stipulate to the on-week continuance of the hearing on Defendants' Motion for Summary Judgment from the current date of 1/25/2011 to 2/1/2011.

RESPECTFULLY SUBMITTED,

Dated:  January 19, 2011                             By:    /s/ Adam Pedersen
                                                     ADAM PEDERSEN
                                                     Attorney for Plaintiffs

Dated:  January 19, 2011                             By:    /s/ Elizabeth Pappy
                                                     ELIZABETH PAPPY
                                                     Attorney for Defendants

**[PROPOSED] ORDER**

Pursuant to the terms of Parties' stipulation, the hearing on Defendants' Motion for Summary Judgment is hereby Continued to 2/1/2011.

IT IS SO ORDERED.

Dated: _____, 2010      January 20, 2011

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO CONTINUE
Martinez, et. al. v. ASL Inc., et. al.

3      09-cv-00997-HRL