**United States District Court**
For the Northern District of California

1

\*\* E-filed February 8, 2011 \*\*

2

3

4

5

6

7                                    NOT FOR CITATION

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11    EDWIN MARTINEZ, et al.,                    No. C09-00997 HRL

12             Plaintiffs,                       **ORDER TO SHOW CAUSE TO CHRIS**
                                                 **OLIVERIO RE: HIS FAILURE TO**
13         v.                                    **APPEAR FOR DEPOSITION**

14    ANTIQUE & SALVAGE LIQUIDATORS,
      INC., et al.,
15
               Defendants.
16    _____/

17         On November 29, 2010, Plaintiffs personally served non-party Chris Oliverio with a

18    subpoena requiring his attendance at a deposition noticed for December 6, 2010.  See Docket No.

19    51, ¶¶ 6-7; Ex. 1.  Oliverio did not appear for the deposition, and Plaintiffs say that subsequent

20    efforts to reschedule the deposition have been unsuccessful.  Id. at ¶¶ 9-10.

21         Therefore, on or before **March 1, 2011 at 10:00 a.m.**, Oliverio shall either (1) appear for his

22    deposition at a date, time, and place agreed to between himself and Plaintiffs' counsel or (2) appear

23    in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, CA 95113

24    and show cause, if any, why he should not be held in contempt under Federal Rule of Civil

25    Procedure 45 for his failure to obey the subpoena.

26         Plaintiffs shall personally serve Oliverio with a copy of this order by **February 14, 2011**.

27

28

**IT IS SO ORDERED.**

Dated: February 8, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**C09-00997 HRL Notice will be electronically mailed to:**

2

Adam Wang                          adamqwang@gmail.com, alpedersen@gmail.com,
                                   rosilenda@gmail.com

3

Adam Lee Pedersen                  alpedersen@gmail.com

Donn Waslif                        dwaslif@mffmlaw.com, dolson@mffmlaw.com,

4

                                   gbirkheimer@mffmlaw.com

Elizabeth Marie Pappy              epappy@mffmlaw.com, cmacias@mffmlaw.com

5

Mark B. Fredkin                    mfredkin@mffmlaw.com, crogers@mffmlaw.com,
                                   dolson@mffmlaw.com, dwaslif@mffmlaw.com,

6

                                   gdent@mffmlaw.com, jlira@mffmlaw.com, mramos@mffmlaw.com,
                                   wsiamas@mffmlaw.com

7

**Counsel are responsible for distributing copies of this document to co-counsel who have not**

8

**registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California