**\*\* E-filed March 10, 2011 \*\***

ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiffs

UNITED STATES FEDERAL COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN MARTINEZ, ROGER LINDOLFO, WILMER RUIZ, GABRIEL FRANCO, OSCAR RODRIGUEZ, CARLOS AVILA, GUSTAVO MEJIA and AMADO MARTINEZ,<br><br>        Plaintiffs,<br>   vs.<br><br>ANTIQUE & SALVAGE LIQUIDATORS, INC. dba ASSET SERVICES AND LIQUIDATORS aka ASL RECYCLING aka ASL, AMI SOUTHERN CALIFORNIA, INC., AMERICAN METAL AND IRON, INC., DIMOND METALS, INC., BIG H ENTERPRISES, INC., HOWARD MISLE and DOES 1-10<br>        Defendants | Case No.: C09-997 HRL<br><br>STIPULATION TO WAIVE JURY & ORDER |

   Plaintiffs, EDWIN MARTINEZ, ROGER LINDOLFO, WILMER RUIZ, GABRIEL FRANCO, OSCR RODRIGUEZ, CARLOS AVILA, GUSTAVO MEJIA and AMADO MARTINEZ, and Defendants ANTIQUE & SALVAGE LIQUIDATORS, INC. and HOWARD MISLE,, through their respective counsel, hereby stipulate and agree to waive the jury trial.

1

**STIPULATION TO WAIVE THE JURY TRIAL**

Dated:  March 3, 2011                    By: /s/ Adam Wang                                .
                                                              Adam Wang
                                                              Attorney for Plaintiffs

Dated:  March 3, 2011                    By:     /s/ Elizabeth Pappy
                                                              Elizabeth Pappy
                                                              Attorneys for Defendants

[~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, jury is waived in this matter.

IT IS SO ORDERED.

Dated:  March 8, 2011                    By: _____
                                                              Howard R. Lloyd
                                                              United States Magistrate Judge

**STIPULATION TO WAIVE THE JURY TRIAL**